UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEREMY MOBLEY, ET AL. | CIVIL ACTION NO. 19-0194 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MCS FINANCIAL GLOBAL INVESTMENTS, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motion to Strike (Record Document 8) is **GRANTED**, and the Clerk of Court is **ORDERED** to strike the Letter Rogatory for Relief under the Hague Convention Title 18 § 1781 from the record of this case. **IT IS FURTHER ORDERED** that McMillian's filing titled Bill of Complaint in Equity (Record Document 21) is **STRICKEN** from the record of this case. **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Record Document 12) is **DENIED**. Defendant McMillian is allowed 10 days to file a proper answer in compliance with Federal Rule of Civil Procedure 8.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of July, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT